**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00036-CV

## LANDAMERICA COMMONWEALTH TITLE COMPANY, ET AL., Appellants

### V.

## MICHAEL WIDO, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-17536**

## ORDER

We **GRANT** appellees' September 12, 2014 agreed third motion for an extension of time to file a brief. Appellees shall file their brief on or before **OCTOBER 2, 2014**. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/    CRAIG STODDART
        JUSTICE